**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 25, 2005**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50915
USDC No. 3:03-CR-1138-4-KC

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOSE GABRIEL MENDEZ-GONZALEZ, also known as Edgar Ramos, also known as Jose Mendez

Defendant - Appellant

--------------------

Appeal from the United States District Court
for the Western District of Texas
No. 3:03-CR-1138-4-KC

-------------------

Before: KING, Chief Judge, and DAVIS and STEWART, Circuit Judges.

PER CURIAM:[*]

Counsel representing Jose Gabriel Mendez-Gonzalez (Mendez) has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).

Ramirez has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.